IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MILDRED WEBSTER<br>　　　　　　　　Plaintiff,<br>　v.<br>LAW OFFICE OF SEYMOUR WASSERSTRUM,<br>et al.<br>　　　　　　　　Defendants. | Civil No. 18-15216 (JBS/JS) |

**ORDER**

The Court having held a hearing on July 1, 2019, on plaintiff's oral application to approve the parties' settlement of plaintiff's Fair Labor Standards Act ("FLSA"), 29 U.S. C. § 201 et seq., claim; and this Order intending to confirm the Court's ruling; and for all the reasons stated by the Court on the record,

It is HEREBY ORDERED this 2nd day of **July, 2019**, that the parties' settlement of plaintiff's FLSA claim is hereby APPROVED as a fair and reasonable settlement of a bona fide dispute; and it is further,

ORDERED that the Clerk of the Court shall open this matter for the purpose of entering this Order and then dismiss this action with prejudice as fully and finally resolved.

　　　　　　　　　　　　　　　　s/ Joel Schneider
　　　　　　　　　　　　　　　　JOEL SCHNEIDER
　　　　　　　　　　　　　　　　United States Magistrate Judge